UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

In re:  Harricharan, Devanand C    )
        SS XXX-XX-6408              )     Case No: 15-3454
                                    )     Chapter 13
                    Debtor          )

**FILED**
AUG 3 1 2015
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

## Objection to Creditors Claim of Lien and Mortgage Amount

Lien Position: 1st Lien.
Creditor: AMC Servicing, LLC. 3374 Walden Ave, Suite 120, Depew, NY 14043.
Ref Account/Loan#: 0007000465
Property Address: 2491 Prairie View Dr. Winter Garden FL 34787-5469.

**COMES NOW**, Debtor, **Devanand C Harricharan,** hereby files this Objection to creditors amount of mortgage payment and Compel Automatic Stay to seek relief as it pertains to 11 U.S.C. §362 against collections and other actions against the debtor and the debtor's property.

1. The Debtor received on August 28, 2015, an objection to confirm Debtors Chapter 13 Plan from creditor AMC servicing and a letter from the trustee indicating a new minimum payment to save the debtors home.

2. The creditors had filed their proof of claim after the date ordered by the judge.

3. Furthermore the amended Chapter 13 plan submitted by the trustee indicates a regular mortgage payment of $2,226.00. The first mortgage payment is $740.00 and the arrears is only $6,300.00. These amounts are no way close to the amount the trustee is demanding.

4. The Creditors filing of the Proof of claim and objection to the Chapter 13 Plan has been filed after the deadlines provided by the court, the Debtors respectfully requests this court and trustee to NOT allow this Creditors claim or objections and prays this court to strike the Creditors objection.

DATED: August 31 2015

*Devanand C Harricharan* (signature)
Devanand C Harricharan

**CERTIFICATE OF SERVICE**
**I HEREBY CERTIFY**, that Sent this 31 day of August, 2015, a true and correct copy of the foregoing with attachments was sent via U.S. Mail to:
1. Lindsey M. Davis, Esq., Gateway Center, 1000 Legion Place, Suite 1200 Orlando, FL 32801.
   2. Trustee- Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32790.